# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY
AND AS THE EXECUTOR OF THE
SUCCESSION OF ELNORA JOHNSON
HILL

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., AND VITOL
RESOURCES, INC.

NO.  2021 CW 0221

**JULY 20, 2021**

---

In Re:    Schlumberger  Technology  Corporation,  applying  for
          supervisory  writs,  18th  Judicial  District  Court,
          Parish of West Baton Rouge, No. 41245.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

GH
AHP

   **McDonald,  J.**,  dissents  and  would  grant  the  writ
application.  I would  reverse  the trial  court's February 25,
2021 judgment denying the motion for summary judgment filed by
defendant,  Schlumberger  Technology  Corporation.   Schlumberger
Technology  Corporation  pointed  out  the  absence  of  factual
support  for  one  or  more  essential  elements  of  plaintiffs'
claims.  Defendant pointed out the absence of factual support
that  it breached  its duty  to act  as a  reasonable contractor,
that  it  entered  plaintiffs'  property  and  committed  damage
thereon which would constitute subsurface trespass, or that it
knew or,  in the exercise of reasonable care,  should have known
that  its work  would cause  damage or  that it  failed to exercise
such  reasonable  care  pursuant  to  La.  Civ.  Code  art.  667.
Plaintiffs  failed  to  produce  factual  support  sufficient  to
establish the existence of a genuine issue of material fact as
to these essential elements or that defendant is not entitled to
judgment as a matter of law.  La. Code Civ. P. art. 966(D)(1).
Accordingly, I would grant the motion for summary judgment filed
by defendant,  Schlumberger  Technology  Corporation,  and dismiss
with   prejudice   plaintiffs'   claims   against   defendant,
Schlumberger Technology Corporation.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT